IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02314-LTB-BNB

FLATIRON ACADEMY, INC., a Colorado corporation,
ROBERT ANDERSON,
DAVID MUNIZ, and
KIM LEWIS,

Plaintiffs,

v.

PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Vacate and Reset Scheduling Order Deadlines** [docket no. 16, filed March 23,2009] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **May 15, 2009**;

The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **June 15, 2009**;

| | |
|---|---|
| Discovery Cut-off: | **July 15, 2009**; |
| Dispositive Motion Cut-off: | **August 14, 2009**. |

DATED: March 24, 2009