**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No. 08-cv-02314-LTB-BNB

FLATIRON ACADEMY, INC., a Colorado corporation,
ROBERT ANDERSON,
DAVID MUNIZ, and
KIM LEWIS,

       Plaintiffs,

v.

PHIILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation,

       Defendant.

___

**ORDER OF DISMISSAL**
___

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 23 - filed June 12, 2009), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED:   June 15, 2009